IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:19-CV-3130 |
| STEP IN STEP ENTERPRISES, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF POTENTIAL UNAVAILABILITY**

Douglas S. Schapiro, Attorney-in-Charge for Plaintiff, ERIK GARCIA, hereby serves notice upon all counsel and the Court that because counsel resides and operates his law firm within the cone of possible impact, there is the possibility that, due to the unpredictability of Hurricane Dorian striking close to the undersigned offices on the eastern seaboard of Florida, the undersigned may potentially be unavailable should there be an outage of internet and/or power during and after the Hurricane Dorian. The Hurricane is currently anticipated to hit the eastern coast of Florida on Monday September 2, 2019. As such, the undersigned may have no power or internet for an extended period of time (1-5 days) thereafter and therefore respectfully requests that no matters be scheduled or action taken to which he must respond.

Dated: August 30, 2019.

Respectfully submitted,

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the CM/ECF system, on the 30TH day of August, 2019.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 3182479
Attorney for Plaintiff