IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 4:19-CV-3130 |
| STEP IN STEP ENTERPRISES, INC., | ) ) |
| Defendant. | ) |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiff's Joint Stipulation to Approve Consent Decree and Dismiss Defendant, STEP IN STEP ENTERPRISES, INC., with Prejudice [D.E. # 9] filed October 9, 2019. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant, STEP IN STEP ENTERPRISES, INC., with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree; Defendant, STEP IN STEP ENTERPRISES, INC., is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. This case is closed.

DONE AND SIGNED in Chambers, at Houston, Texas, this 10th day of October, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record